Jeffrey G. Maxwell, ABA #1705026
Barlow Coughran Morales & Josephson, P.S.
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
jeffreym@bcmjlaw.com

Counsel for Plaintiffs
Alaska Carpenters Trust Funds

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA CARPENTERS HEALTH AND WELFARE TRUST FUND; SOUTHERN ALASKA CARPENTERS RETIREMENT FUND; ALASKA CARPENTERS DEFINED CONTRIBUTION TRUST FUND; and ALASKA REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>Plaintiffs,<br>v.<br><br>ALASKA GLAZING, INC., an Alaska corporation; and MICHAEL MERRILL, an individual,<br><br>Defendants. | Case No. 3:22-cv-0195-HRH |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**TO: Clerk of Court**

**AND TO: All Interested Parties**

Plaintiffs Alaska Carpenters Health and Welfare Trust, Southern Alaska Carpenters Retirement Fund, Alaska Carpenters Defined Contribution Trust Fund, and Alaska Regional Council of Carpenters and Apprenticeship and Training Trust Fund, commonly known as the

Alaska Carpenters Trust Funds, give notice that they voluntarily dismiss this action without prejudice against Defendants Alaska Glazing, Inc. and Michael Merrill. The parties have settled this matter, rendering the Plaintiffs' claims moot. Defendants have not appeared in this matter and have not answered the complaint or asserted counterclaims.

Dated: October 26, 2022.

s/ Jeffrey G. Maxwell
Jeffrey G. Maxwell, ABA #1705026
**Barlow Coughran Morales & Josephson, P.S.**
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
jeffreym@bcmjlaw.com

Counsel for Plaintiffs
Alaska Carpenters Trust Funds

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE – 2
3:22-cv-0195-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

**CERTIFICATE OF SERVICE**

I certify that on Wednesday, October 26, 2022, I caused the *Notice of Voluntary Dismissal Without Prejudice* to be filed with the Clerk of Court via CM/ECF and served via email and regular mail on:

*For Defendants Alaska Glazing, Inc. and Michael Merrill*
Alaska Glazing, Inc.
c/o Michael Merrill, Owner
7532 Grey Wolf Circle
Anchorage, Alaska 99507
mike@alaskaglazing.com
(907) 770-0260

Dated: October 26, 2022.

s/ Jeffrey G. Maxwell
Jeffrey G. Maxwell, ABA #1705026

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE – 3
3:22-cv-0195-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900